**Exhibit A**

Enserdo Arce
Colin Brown
Nicolas Calles
Lance Casalleno
Julio Corona
Alcuter David
Sergio Garcia
Jose Gasca
Enrique Gomez
Francisca Gomez
Luis Guiterez
Israel Guzman
Armando Hernandez
Katy Hernandez
Maurio Hernandez
Tiofina Hernandez
Celia Johnson
Christina Lara
Roel Lopez
Benita Luna
Wilbur McCoy
Juan Mejia
Blanca Melendez
Manuel Miranda
Lucrasia Palmaque
Erica Ramirez
Angelica Rivera
Jose Rodriguez
Carlos Rosales
Pablo Torres
Alberto Valsco
Julian Velasquez
Lance Wright