**U.S. Department of Labor**  Wage and Hour Division
800 Monroe Avenue NW
Suite 315

Grand Rapids, MI 49503-1451
616-456-2004
616-456-2258

September 24, 2014

Via regular and certified mail RETURN RECEIPT REQUESTED: 7013 2250 0001 6507 2423

Great Lakes Harvester Corp.
Miguel R. Rosales Ruiz, FLC
3160 Cedar Lane
Sodus, MI 49126



Subject: Assessment of Civil Money Penalty for MSPA Violations against Miguel R. Rosales Ruiz (FLC) dba Great Lakes Harvester Corp. and Miguel R. Rosales Ruiz, an individual

Case File No.: 1706137

Dear Mr. Rosales Ruiz:

This is in reference to the recent investigation of your firm under the Migrant and Seasonal Agricultural Worker Protection Act (MSPA).

We notified you by letter dated August 4, 2014 of a civil money penalty assessment in the amount of $7,300.00. **You have failed to take timely exception to this penalty, therefore, the determination of the Administrator became a final and non-appealable Order of the Secretary of Labor on September 9, 2014.** The amount of penalty is due immediately to "Wage and Hour Division, U.S. Department of Labor."

Payment by certified check or money order shall be delivered or mailed to Midwest Regional Office, U.S. Dept. of Labor, W&H Division, P.O. Box 2638, Chicago, IL 60690-2638.

As you were advised in the assessment letter this debt is subject to the assessment of interest, administrative charges, and penalties in accordance with the Debt Collection Act of 1982 and departmental policies. Interest is accruing at the current Treasury rate of 1%. Failure to remit payment to the above address within 30 days will result in the assessment of regular interest at this rate. Penalty interest at the rate of 6% will be assessed on any portion of the debt remaining delinquent for more than 90 days. At this point this case is being referred to the Regional Office for appropriate collection action.

Sincerely,

Mary K. O'Rourke
District Director
Grand Rapids District Office

EXHIBIT C   Page 1 of 3

U.S. Department of Labor
Wage and Hour Division

Case ID: 1706137
ACT: MSPA
EIN: 26-4367513

Trade Name: Great Lakes Harvester Corp.
ER Address: 3160 Cedar Lane
Sodus, MI 49126

Amount Due: $7,300.00

YOU MUST RETURN THIS SHEET TO THE ASSESSING OFFICE
======================================================================

MAIL TO:

Grand Rapids MI District Office
800 Monroe Avenue NW
Suite 315
Grand Rapids, MI 49503-1451

AMOUNT PAID: $_____

DATE OF PMT: _____

CHECK NO. _____

SIGNATURE: _____

- - District Office Copy - -

EXHIBIT C    Page 2 of 3

U.S. Department of Labor
Wage and Hour Division

Case ID: 1706137
ACT: MSPA
EIN: 26-4367513

Trade Name: Great Lakes Harvester Corp.
ER Address: 3160 Cedar Lane
Sodus, MI 49126

Amount Due: $7,300.00

**THIS SHEET MUST BE INCLUDED WITH PAYMENT**

**YOU MUST WRITE YOUR TAX ID ON YOUR CHECK**

MAIL TO:

Midwest Regional Office
U.S. Dept. of Labor, W&H Division
P.O. Box 2638
Chicago, IL 60690-2638

AMOUNT PAID: $_____

- - Regional Office Copy - -

EXHIBIT C    Page 3 of 3